UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBYN FENNELL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No. C19-5828-MLP<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

After careful consideration of Plaintiff's application to proceed *in forma pauperis* ("IFP"), the governing law, and the balance of the record, the Court ORDERS:

(1) Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

(2) The Clerk of the Court is directed to send a copy of this Order to Plaintiff's counsel, and to issue summonses to Plaintiff's counsel to enable proper service of the complaint on the appropriate parties. Plaintiff shall note that it is Plaintiff's attorney's responsibility to serve copies of the complaint properly along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

with Plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov. A certificate of service must also be promptly filed with the Court.

Dated this 5th day of September, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge